UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO FEDERICI, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JESSE MONROY, et al.,<br><br>        Defendants.<br>_____<br>AND RELATED THIRD PARTY CLAIMS<br>_____ | Case No.: C 09-4025 PVT<br><br>**ORDER SOLICITING<br>SUPPLEMENTAL BRIEFING** |

On January 12, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on the motion to dismiss brought by the Federal Deposit Insurance Corporation ("FDIC").[1] Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that, no later than January 22, 2010, the parties shall file simultaneous supplemental briefs concerning the following issues:

    1.    Whether the "notice" referred to in 12 U.S.C. § 1821(d)(5)(C)(ii)(I) is actual notice or constructive notice (*see, e.g., In re Scott*, 157 B.R. 297, 308-320 (Bankr.W.D.Tex. 1993), withdrawn to facilitate settlement, 162 B.R. 1004 (Bankr.W.D.Tex. 1994) ("The statute also insulates those not having such 'actual notice' from the binding effect of a final disallowance, in subsection (d)(5)(C)(ii) (the provision

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

|   |   |   |
|---|---|---|
| 1 |   | relieving a claimant from final disallowance if notice is not received in time)."); |
| 2 |   |   |
| 3 | 2. | Whether the Monroy's alleged cause of action matured before or after the claims bar date set by the FDIC (*see, e.g., City of Vista v. Robert Thomas Securities, Inc.*, 84 Cal.App.4th 882, 886-87 (2000) (cause of action for which damages is a required element does not mature until damages have been sustained), citing *United States Liab. Ins. Co. v. Haidinger-Hayes, Inc*. 1 Cal.3d 586, 597 (1970); and |
| 6 | 3. | Assuming the Monroy's alleged cause of action did not mature until after the claims bar date, whether construing 12 U.S.C. section 1821(d)(13)(D) to divest the court of jurisdiction over the Monroy's cause of action would violate their due process rights (*see, e.g., National Union Fire Ins. Co. of Pittsburgh, Pa. v. City Sav., F.S.B.*, 28 F.3d 376, n. 16 (3rd Cir. 1994). |

IT IS FURTHER ORDERED that, absent further order of the court, after filing of the supplemental briefs the motion will be deemed submitted without further oral argument.

Dated: *1/12/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge