UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO FEDERICI, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JESSE MONROY, et al.,<br><br>        Defendants.<br>_____<br>AND RELATED THIRD PARTY CLAIMS<br>_____ | Case No.: C 09-4025 PVT<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF FEDERICI'S CASE SHOULD NOT BE SEVERED AND REMANDED TO STATE COURT** |

During a hearing on January 12, 2010, Plaintiffs' counsel brought to the court's attention the fact that his elderly client had obtained a preferential trial date while the case was pending in state court. Based on Plaintiff Federici's age and potential prejudice that further delay will cause him,

IT IS HEREBY ORDERED that, no later than January 22, 2010, any party who objects to the claims between Plaintiffs and Defendants being severed and remanded to state court shall file a brief showing cause, if any, why those claims should not be so severed and remanded to state court. *See,* FED.R.CIV.PRO 42(b) ("For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims."); *see also, e.g., Milne Employees Ass'n v. Sun Carriers*, 960 F.2d 1401, n. 1 (9th Cir. 1991) (noting that claims which were not preempted by federal law had been severed and remanded to state court).

Dated: *1/13/10*

                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge

ORDER, *page 1*