1 | LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
2 | 1290 Howard Avenue, Suite 303
Burlingame, California 94010
3 | Telephone: (650) 685-8085
Facsimile: (650) 685-8086
4 |
5 | Attorney for Defendants and
Cross Complainants
JESSE MONROY and LUPITA L. MONROY
6 |
7 | Marisa Yee Kirschenbauer, State Bar No. 226729
Justin L. Allamano, State Bar No. 229764
8 | Kenneth K. Tze, State Bar No. 209575
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
9 | 121 Spear Street, Suite 200
San Francisco, California 94105-1582
10 | Telephone No.: 415.356.4600
Fax No.: 415.356.4610
11 |
12 | Attorneys for Cross-Defendant Federal Deposit Insurance Corporation
as Receiver for Washington Mutual Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIO FEDERICI, TRUSTEE OF THE MARIO FEDERICI LIVING TRUST DATED JULY 18, 2003 AND MARIO FEDERICI, individually,<br><br>Plaintiffs,<br>v.<br><br>JESSE MONROY, LUPITA L. MONROY AKA LUPITA LEAL BANAVIDES and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-04025 PVT<br><br>**STIPULATION FOR EXTENSION OF TIME TO COMPLY WITH ENE DEADLINE; AND ORDER**<br><br>Date: February 2, 2010<br>Time: 2:00 p.m.<br>Courtroom: 5 Magistrate Trumbull |
| AND RELATED THIRD PARTY CLAIMS | |

Plaintiffs MARIO FEDERICI, TRUSTEE OF THE MARIO FEDERICI LIVING TRUST DATED JULY 18, 2003, and MARIO FEDERICI, individually (hereinafter collectively referred to as "FEDERICI" or Plaintiffs); and Defendants and Cross-Complainants JESSE MONROY, and LUPITA L. MONROY, aka LUPITA LEAL BENAVIDES; and Cross-Defendants CAROL

WEBER, an individual; JPMORGAN CHASE BANK, N.A.; and FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank, by and through their respective attorneys, do hereby stipulate and agree to the entry of an order as follows:

1. the time to complete Early Neutral Evaluation ("ENE") is to be extended for an additional period of sixty (60) days from February 2, 2010 to April 2, 2010. This extension is required as a result of the briefing, hearing and determination of the pending motion to dismiss, filed by Cross-Defendant FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank, and the pending Order to Show Cause why Plaintiff Federici's case should not be severed and remanded to state court, issued by the court on January 13, 2010.

DATED: January 26, 2010      LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: ___/s/_____
    Kenneth K. Tze
    Attorneys for Cross-Defendant Federal Deposit
    Insurance Corporation as Receiver for Washington
    Mutual Bank

DATED: January 26, 2010      LAW OFFICES OF MICHAEL D. LIBERTY


By: ___/s/_____
    Michael Liberty
    Attorneys for Cross-Complainants Jesse Monroy and
    Lupita Monroy

DATED: January 26, 2010      ADORNO YOSS ALVARADO & SMITH


By: ___/s/_____
    Christopher Yoo
    Attorneys for Cross-Defendants JP Morgan Chase Bank,
    N.A.

///

| | | |
|---|---|---|
| DATED: January 26, 2010 | FARBSTEIN & BLACKMAN | |

By: /s/
Deirdre A. O'Reilly Marblestone, Esq.
Attorneys for Cross-Defendant Carol Weber

DATED: January 26, 2010    PRICE LAW FIRM

By: /s/
Harry I. Price, Esq.
Attorneys for Plaintiff Federici

## ORDER

Upon review of the pleadings and papers on file in the above-entitled action, and the stipulation of the parties for an order for an extension of the time to complete Early Neutral Evaluation ("ENE") for an additional period of sixty (60) days from February 2, 2010 to April 2, 2010, and good cause having been shown, on proof made to the satisfaction of the court that such an order should be granted,

IT IS ORDERED that the time to complete Early Neutral Evaluation ("ENE") is hereby extended for period of sixty (60) days from February 2, 2010 to April 2, 2010.

Dated: 1/26/10

Patricia V. Trumbull
United States Magistrate Judge

301162368.2