1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   MARIO FEDERICI, et al.,              )        Case No.: C 09-4025 PVT
                                          )
13                    Plaintiffs,         )        **ORDER TAKING MATTERS UNDER**
                                          )        **SUBMISSION**
14         v.                             )
                                          )
15   JESSE MONROY, et al.,                )
                                          )
16                    Defendants.         )
     _____ )
17                                        )
     AND RELATED THIRD PARTY CLAIMS )
18   _____ )

19         Currently set on this court's March 9, 2010 law and motion calendar are a hearing on third-

20   party Defendant JPMorgan Bank, N.A's Motion to Dismiss and a further hearing on the FDIC's

21   Motion to Dismiss.  Having reviewed all papers submitted by the parties, the court finds it

22   appropriate to issue this order without any further oral argument.  Based on all briefs, supplemental

23   briefs and arguments presented, and the file herein,

24         IT IS HEREBY ORDERED that the two aforementioned motions are SUBMITTED and the

25   March 9, 2010 hearings are VACATED.

26   Dated: *3/8/10*

27                                    PATRICIA V. TRUMBULL
                                      United States Magistrate Judge
28

                              ORDER, *page 1*